NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
Shaheen P. Torgoley
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551
Shaheen.Torgoley@usdoj.gov

*Attorneys for the United States*

```
____FILED        ____RECEIVED
____ENTERED      ____SERVED ON
                 COUNSEL/PARTIES OF RECORD

         JUL 1 6 2019

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>JOSE ADALBERTO BARGAS-AGUILAR,<br>A.k.a. JOSE MARTINES-AGUILAR,<br>A.k.a. "SMOKEY,"<br><br>               Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No.: 2:19-cr-172<br><br>VIOLATION:<br><br>8 U.S.C. § 1326(a)- Deported Alien Found Unlawfully in the United States |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Deported Alien Found in United States*
**(8 U.S.C. § 1326(a))**

On or about June 11, 2019, in the State and Federal District of Nevada,

JOSE ADALBERTO BARGAS-AGUILAR,
A.k.a. JOSE MARTINES-AGUILAR,
A.k.a. "SMOKEY,"

defendant herein, an alien, was found in the United States after having been deported and removed therefrom on or about December 7, 2016, having reentered and remained in this country, and not having obtained the express consent of the Attorney General of the United

1

States or the Secretary for Homeland Security, to reapply for admission into the United States, in violation of Title 8, United States Code, Section 1326.

**DATED:** This 16th day of July, 2019.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

_____
SHAHEEN P. TORGOLEY
Assistant United States Attorney