RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Jose Adalberto Bargas-Aguilar

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ADALBERTO BARGAS-AGUILAR,<br><br>Defendant. | Case No. 2:19-cr-00172-RFB-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Jose Adalberto Bargas-Aguilar, that the Sentencing Hearing currently scheduled on October 4, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than two (2) weeks.

This Stipulation is entered into for the following reasons:

1. Defense counsel has not been able to meet with Mr. Bargas-Aguilar to discuss the PSR because his unit was on lockdown during the scheduled visit. Counsel requests the continuance to allow for additional time to review the PSR with Mr. Bargas-Aguilar.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 1st day of October, 2019.

RENE L. VALLADARES  
Federal Public Defender

By */s/ Margaret W. Lambrose*  
MARGARET W. LAMBROSE  
Assistant Federal Public Defender

NICHOLAS A. TRUTANICH  
United States Attorney

By */s/ Shaheen Torgoley*  
SHAHEEN TORGOLEY  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ADALBERTO BARGAS-AGUILAR,<br><br>Defendant. | Case No. 2:19-cr-00172-RFB-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, October 4, 2019 at 9:30 a.m., be vacated and continued to October 24, 2019 at the hour of 10 : 30 a .m.; or to a time and date convenient to the court.

DATED this 2nd day of October, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE